In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-04-100 CV


____________________



SYDNEY BOYD d/b/a BEAUMONT MOTORS, Appellant



V.



MILTON LEDAY AND LINDA LEDAY, Appellees






On Appeal from the 58th District Court


Jefferson County, Texas


Trial Cause No. A-167385






MEMORANDUM OPINION (1)


 Milton Leday and Linda Leday sued Sydney Boyd d/b/a Beaumont Motors for
breach of contract, fraud and deceptive trade practices in connection with the sale and
repossession of an automobile. The trial court entered a judgment awarding the Ledays
$16,040.00, and Boyd appealed. 


 The appellant failed to file his brief by the November 5, 2004, due date. See Tex.
R. App. P. 38.6(b). The appellant did not request additional time to file the brief. See
Tex. R. App. P. 38.6(d). On January 21, 2005, we notified the parties that the appeal
would be advanced without oral argument. See Tex. R. App. P. 39.9. In the absence of
a brief assigning error, we dismiss the appeal for want of prosecution. See Tex. R. App.
P. 38.8(a)(1).

 APPEAL DISMISSED.

 PER CURIAM


Submitted on February 11, 2005

Opinion Delivered February 17, 2005

Before Gaultney, Kreger and Horton, JJ.
1. Tex. R. App. P. 47.4.